WASHINGTON MORTGAGE CORPORATION et al., Appellants, *v.* FORWAYS REALTY CORPORATION et al., Defendants, and NATIONAL THEATRE SUPPLY COMPANY, INC., Respondent.

(Submitted October 12, 1932; decided October 28, 1932.)

*Leonard Acker* and *Samuel Rubinton* for appellants.
*Albert S. Goldberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.